UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CARL THOMPSON,

　　Plaintiff(s)

v.

JAVA JUNCTION COFFEEHOUSE,

　　Defendant(s)

Case No. C 5:21-cv-04181-BLF

NOTICE OF SETTLEMENT OF ADA ACCESS CASE

(ADA ACCESS CASES)

The parties have reached an agreement to resolve this action in its entirety and intend to file a dismissal within __34__ days.

Date: March 10, 2022

Signed: /s/ Tanay E. Moore
　　　　Attorney for Plaintiff(s)

Signed: /s/ Dana M. Andreoli
　　　　Attorney for Defendant(s)

Signed: _____
　　　　Attorney for Defendant(s)

*Important! E-file this form in ECF using event name: "Notice of Settlement of ADA Access Case"*

*Form GO 56- Notice of Settlement of ADA Access Case – new 01-2020*