1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California  95113
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Emails: tanya@moorelawfirm.com;
   service@moorelawfirm.com
5
   Attorney for Plaintiff,
6  Carl Thompson

7

8 <center>**UNITED STATES DISTRICT COURT**</center>

9 <center>**NORTHERN DISTRICT OF CALIFORNIA**</center>

10

11

| | |
|---|---|
| CARL THOMPSON, | ) No.  5:21-cv-04181-BLF |
| Plaintiff, | ) **STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |
| vs. | ) |
| JAVA JUNCTION COFFEEHOUSE, A LIMITED PARTNERSHIP; BRFII SANTA CRUZ, LLC; | ) |
| Defendants. | ) |

**IT IS HEREBY STIPULATED** by and between Plaintiff Carl Thompson and Defendants, Java Junction Coffeehouse, a Limited Partnership; and BRFII Santa Cruz, LLC, the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated:  March 25, 2022                MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Carl Thompson

Dated:  March 25, 2022                STEYER LOWENTHAL BOODROOKAS
                                      ALVAREZ & SMITH LLP

*/s/ Dana Andreoli*
Dana Andreoli
Stacey C. Quan
Attorneys for Defendants,
 Java Junction Coffeehouse, a Limited Partnership;
 and BRFII Santa Cruz, LLC

### ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Carl Thompson